No. 83–6229. IN RE MUELLER. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 23, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of mandamus without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–1395. IN RE RAINERI. Petition for writ of habeas corpus denied.